UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-08994-JAK-AGR | Date | December 1, 2025 |
|---|---|---|---|
| Title | Anthony Sullivan, et al. v. General Motors LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Andrea Plata | Nelson Liu |

**Proceedings:**     **PLAINTIFFS' MOTION TO REMAND (DKT. 15)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiffs' Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 20 |
|---|---|---|
| Initials of Preparer | TJ | |